Casiano N. ALFORQUE,
Plaintiff–Appellant,

v.

MARTIN COUNTY, TEXAS,
Defendant–Appellee.

No. 08–56836.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 23, 2009.*

Filed March 9, 2009.

Casiano N. Alforque, San Diego, CA, pro se.

Jeffrey Mark Byer, Esquire, Sandler Larsy Laube Byer and Valdez, San Diego, CA, Mark W. McBrayer, Crenshaw, Dupree & Milam, LLP, Lubbock, TX, for Defendant–Appellee.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: KOZINSKI, Chief Judge,
HAWKINS and GOULD, Circuit Judges.

MEMORANDUM \*\*

Upon review of the record and appellant's response to this court's December 11, 2008 order to show cause, this court hereby summarily affirms the district court's final judgment. *See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

**AFFIRMED.**